### W. F. Ritz v. The State.

No. 3087.   Decided April 25, 1906.

**Carrying Pistol—Appeal.**

Where defendant had been convicted in the justice court for unlawfully carrying a pistol and appealed to the county court, where he was again convicted and his punishment fixed at a fine of $25, he could not appeal to the Court of Criminal Appeals.

Appeal from the County Court of San Patricio.   Tried below before Hon. P. A. Hunter.

Appeal from a conviction of unlawfully carrying a pistol about his person; penalty, a fine of $25.

The opinion states the case.

*G. R. Scott,* for appellant.

*J. E. Yantis,* Assistant Attorney-General, for the State.

BROOKS, Judge.—Appellant was convicted in the justice court for unlawfully carrying a pistol, and appealed to the county court where

he was again convicted and his punishment fixed at a fine of $25, and thence attempts to appeal to this court. Appeal will not lie in such case unless the amount of the fine exceeds $100. Therefore the motion of the Assistant Attorney-General to dismiss the appeal is sustained, under the authority of Kruegel v. State, 12 Texas Ct. Rep., 234. Appeal dismissed.

*Dismissed.*